IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: : | |
| : | Case No. 12-35429 |
| KELLY N. ROY : | Chapter 7 |
| Debtor. : | Judge Lawrence S. Walter |
| : | |

### NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT

As set forth below, the Trustee proposes to sell and or dispose to the Debtor certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, then on or before Twenty One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

> The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
> Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website:    http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:    John Paul Rieser
7925 Graceland Street
Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

May 2, 2013                                    */s/ John Paul Rieser*

Date of Issuance                                John Paul Rieser, Esq.

## **NOTICE OF PROPOSED SALE /DISPOSITION**

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtor in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtor.

The property at issue is a 2008 Chrysler Sebring ("Vehicle") scheduled by the Debtor. The Debtor scheduled the value of the Vehicle as $7,000.00. The Trustee determined the value slightly lower at $6,935.50 based on the average of NADA average rough-in value ($7,100.00) and Kelley Blue Book good trade-in value ($6,771.00). From this value, the Trustee deducted Debtor's exemptions pursuant to O.R.C. § 2329.66 (A)(2) and (18) in the amount of $4,122.46. The Trustee agreed to accept a payment of $2,500.00 from the Debtor. This agreed-upon payment is slightly less than the vehicle's value by approximately $313.04, based on market conditions and estimated costs of sale[1].

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

    Respectfully yours,
    **/s/ *John Paul Rieser***
    John Paul Rieser, Trustee
    Rieser & Associates LLC
    7925 Graceland Street
    Dayton, OH 45459-3834
    Phone: (937) 224-4128, Fax: (937) 224-3090
    E-mail: tecfdesk@rieserlaw.com

---

[1] This price adjustment is an estimate based on the Trustee's experience in selling vehicles at auctions in the current market environment. NADA and Kelley Blue Book values for any given vehicle can differ considerably, and the vehicle's condition is also a factor in its value. The price adjustment includes approximate administrative costs which the Trustee would incur if he sold the vehicle at auction, including without limitation the auction company's fees which can range from approximately $100.00 to $250.00.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT** was served this **2nd** day of **May, 2013**, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.

(2) A creditor who is listed by name only, with no mailing address, is <u>not</u> being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.

(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

- Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov
- Erik Robert Blaine EBlaine@LegalDayton.com, eblaineecf@gmail.com

*/s/ John Paul Rieser*

John Paul Rieser [lrs/719]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:12-bk-35429<br>Southern District of Ohio<br>Dayton<br>Thu Apr 25 17:06:04 EDT 2013 | United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402-1819 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8110 | Bank Of America<br>Po Box 982235<br>El Paso, TX 79998-2235 | CBCS<br>P.O. Box 69<br>Columbus, OH 43216-0069 |
| Childrens Anesthesia Group<br>P O BOX 634692<br>Cincinnati, OH 45263-4692 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 430543025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| ER Solutions<br>Po Box 9004<br>Renton, WA 98057-9004 | Fifth Third Bank<br>9441 LBJ Freeway Suite 350<br>Dallas TX 75243-4652 | Fifth Third Bank<br>Fifth Third Bank Bankruptcy Department,<br>1830 East Paris Ave. Se<br>Grand Rapids, MI 49546-6253 |
| Financial Recovery Services<br>Box 385908<br>Minneapolis, MN 55438-5908 | (p)FOCUS RECEIVABLES MANAGEMENT LLC<br>1130 NORTHCHASE PARKWAY STE 150<br>MARIETTA GA 30067-6429 | Hsbc Mortgage Corp Usa<br>2929 Walden Avenue<br>Depew, NY 14043-2690 |
| Kettering Health Network<br>P O BOX 182041<br>Columbus, OH 43218-2041 | Northwest Dayton Pediatrics, Inc<br>120 W Wenger Rd<br>Englewood, OH 45322-2736 | Patrick T Hunter, D.D.S, LLC<br>8324 N Main St<br>Dayton, OH 45415-1601 |
| Samaritan North Family Physicians<br>9000 N Main St<br>Suite G35<br>Dayton, OH 45415-1169 | Erik Robert Blaine<br>Wright & Schulte L.L.C.<br>812 E. National Rd.<br>Vandalia, OH 45377-3016 | John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 |
| Kelly Nicole Roy<br>801 Bonnycastle Ave.<br>Englewood, OH 45322-1845 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Focus Receivables Management<br>1130 Northchase Parkway<br>Suite 150<br>Marietta, GA 30067 | End of Label Matrix<br>Mailable recipients  21<br>Bypassed recipients   0<br>Total               21 | |